

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-13-00629-CR

Ismael **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5658
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

The panel has considered the Appellant's motion for extension of time to file the Motion for Rehearing, and the motion is GRANTED. Time is extended to December 18, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court